IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02398-RPM

MARK REEVES,

    Plaintiff,

v.

JANICE M. GREENING and
JANICE M. GREENING, LLC,

    Defendants.

_____

ORDER DENYING MOTION TO DISMISS
_____

Upon consideration of the complaint and the defendants' motion to dismiss, filed respectively on September 4, 2013, and September 26, 2013, together with the plaintiff's statement in opposition to the motion filed October 3, 2013, it is

ORDERED that the defendants' motion to dismiss is denied.

DATED: October 4th, 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge