IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02398-RPM-BNB

MARK REEVES,

Plaintiff,

v.

JANICE M. GREENING, and
JANICE M. GREENING, LLC,

Defendants.
_____

**ORDER**
_____

Pursuant to the Order of the district judge referring the matter for a settlement conference [Doc. # 18] and following a telephone conference with counsel,

IT IS ORDERED:

(1)   A settlement conference is set for **May 9, 2014, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado;

(2)   Attorneys and client representatives with full authority to settle the case must be present at the settlement conference in person. This requirement is not fulfilled by the presence of counsel alone;

(3)   If an insurance company may be liable to indemnify of reimburse for payments made to satisfy a judgment, an adjustor authorized to enter into settlement also must be present at the settlement conference in person; and

(4)   On or before May 2, 2014, the parties shall have exchanged settlement offers and demands in anticipation of the settlement conference.

Dated April 18, 2014.

                                                      BY THE COURT:

                                                      s/ Boyd N. Boland
                                                      United States Magistrate Judge