IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02398-RPM

MARK REEVES,

    Plaintiff,
v.

JANICE M. GREENING and
THE LAW FIRM OF JANICE M. GREENING, LLC, (Janice M. Greening, LLC),

    Defendants.
_____

## JUDGMENT ON CERTAIN CLAIMS
_____

Pursuant to the Order on Summary Judgment entered by Senior District Judge Richard P. Matsch on August 19, 2014, it is

ORDERED AND ADJUDGED that judgment is entered against the plaintiff and for the defendants Janice M. Greening and The Law Firm of Janice M. Greening, LLC, (Janice M. Greening, LLC), on the First and Third Claims for Relief. It is

FURTHER ORDERED, that the Second Claim for Relief judgment is entered against the plaintiff and for the defendant Janice M. Greening, LLC.

DATED:  August 19th, 2014

                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, Clerk

                                            s/M. V. Wentz
                                       By_____
                                                Deputy