IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02398-RPM

MARK REEVES,

    Plaintiff,

v.

JANICE M. GREENING and
THE LAW FIRM OF JANICE M. GREENING, LLC, (Janice M. Greening, LLC),

    Defendants.
_____

ORDER FOR DISMISSAL
_____

Pursuant to the stipulation for dismissal with prejudice [Doc. 44] it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

DATED: March 6th, 2015

BY THE COURT:

S/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge